604

**J.B. and B.B.**

v.

**B.L.J. and L.L.J.**

2140103

Court of Civil Appeals of Alabama.

03/13/2015

Affirmed

**Michael DOWDELL**

v.

**ALABAMA DEP'T OF LABOR**

2140105

Court of Civil Appeals of Alabama.

02/13/2015

Affirmed

**Bobby Dewayne TOWNSON**

v.

**Regina McDaniel PETTIS**

2140113

Court of Civil Appeals of Alabama.

01/06/2015

Dismissed

**William Wade TENNANT and William Blake Tennant**

v.

**CHASE HOME FIN., LLC**

2140122

Court of Civil Appeals of Alabama.

03/10/2015

Transferred to Sup. Ct. for lack of subject-matter jurisdiction

**James GRAHAM**

v.

**RENASANT BANK**

2140127

Court of Civil Appeals of Alabama.

03/31/2015

Dismissed

